UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | No. 3:13-00069 |
| | ) | JUDGE CAMPBELL |
| LUIS REYNALDO PARRA FLORES | ) | |

ORDER

The sentencing hearing in this case, currently set for April 7, 2014, is CONTINUED until July 11, 2014, at 9:00 a.m.

It is so ORDERED.


_____
TODD J. CAMPBELL
UNITED STATES DISTRICT JUDGE